```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/2/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERELYN KIRSTIE TORRES,

           Plaintiff(s),

-v-

AMS TRANSPORTATION SERVICES, ET AL.,

           Defendant(s).

**ORDER**

23-CV-9382 (JLR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated October 1, 2024, this case was referred to me for settlement. As soon as practicable, the parties are directed to contact Chambers at RicardoNYSDChambers@nysd.uscourts.gov, copying all counsel or pro se litigants if they are unrepresented, to schedule a settlement conference for a time when they believe it would be productive. The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: October 2, 2024
       New York, New York

                                          Hon. Henry J. Ricardo
                                          United States Magistrate Judge